UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   Arlene J Rollins

Debtor(s)

Case No. 16-30627

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/26/2016.

2) The plan was confirmed on 03/17/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/27/2017.

5) The case was converted on 09/07/2017.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $3,295.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,527.73 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,527.73

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $799.43 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $176.13 |
| Other | $16.76 |

**TOTAL EXPENSES OF ADMINISTRATION:** $992.32

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARONS | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES/PHEAA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 1,789.00 | 1,789.25 | 1,789.25 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,872.00 | 3,872.00 | 3,872.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 501.00 | 501.37 | 501.37 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 497.00 | 497.39 | 497.39 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,496.00 | 1,496.91 | 1,496.91 | 0.00 | 0.00 |
| MID AMERICA BANK & TRUST | Unsecured | 302.00 | 302.59 | 302.59 | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,500.00 | 490.60 | 490.60 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 20,070.98 | 20,070.98 | 20,070.98 | 2,016.88 | 518.53 |
| CITY OF WAUKEGAN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED CRED SVS/RAY OF HOPI | Unsecured | 340.78 | NA | NA | 0.00 | 0.00 |
| ALEC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SVC | Unsecured | 839.00 | NA | NA | 0.00 | 0.00 |
| CERT SRVS INC/MED PYMT DATA | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| GENESHA INST OF NEURO AND PSYC | Unsecured | 649.62 | NA | NA | 0.00 | 0.00 |
| GIBSON & SHARPS/BCBS OF IL | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| GUARANTEE BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 65.70 | NA | NA | 0.00 | 0.00 |
| PROF ACCT MGMT/ILL TOLLWAY | Unsecured | 357.70 | NA | NA | 0.00 | 0.00 |
| PROF ACCT SRVS INC/WAUK CLINIC | Unsecured | 231.10 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 20.69 | NA | NA | 0.00 | 0.00 |
| TCF CORP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TRNSWRLD SYS INC/MED PYMT DAT | Unsecured | 872.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SKOKIE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VISTA HEALTH SYSTEM | Unsecured | 303.48 | NA | NA | 0.00 | 0.00 |
| VISTA IMAGING ASSOCIATES | Unsecured | 29.95 | NA | NA | 0.00 | 0.00 |
| WAUKEGAN CITY OF PROG IL | Unsecured | 209.80 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 734.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICINE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER/GOGGAN/BLAIR/SAMP | Unsecured | 2,514.76 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER | Unsecured | 6,796.00 | NA | NA | 0.00 | 0.00 |
| TITLE MAX OF ILLINOIS | Unsecured | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WAUKEGAN CLINIC CORP | Unsecured | 31.44 | 278.26 | 278.26 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $20,070.98 | $2,016.88 | $518.53 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$20,070.98** | **$2,016.88** | **$518.53** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,872.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,872.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$5,556.37** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $992.32 |
| Disbursements to Creditors | $2,535.41 |
| **TOTAL DISBURSEMENTS:** | **$3,527.73** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/15/2017        By: /s/ Glenn Stearns
                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**